1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MELVIN JOSEPH SIMMONS,                  No.  1:19-cv-01107-DAD-SAB (PC)

12                  Plaintiff,

13         v.                                 ORDER DISMISSING ACTION FOR
                                              FAILURE TO PAY THE REQUIRED FILIND
14    J. WUERTH, et al.,                      FEE

15                  Defendant.

16

17

18         Plaintiff Melvin Joseph Simmons is a state prisoner proceeding *pro se* in this civil rights

19    action pursuant to 42 U.S.C. § 1983.

20         On April 2, 2020, the court issued an order denying plaintiff's application to proceed *in*

21    *forma pauperis* and directing him to pay the required filing fee within twenty-one days of service

22    of that order.  (Doc. No. 20.)  The allotted twenty-one days have since passed, and plaintiff has

23    not paid the required filing fee.  Instead, on April 27, 2020, plaintiff filed objections to the court's

24    April 2, 2020 order, contending that he was "unjustly convicted and intentionally placed in

25    imminent danger under the FALSE LIGHT."  (Doc. No. 21 at 2.)  Setting aside the confusing and

26    conclusory nature of plaintiff's objection, the court notes that it has previously explained to

27    plaintiff that his complaint does not allege that he was in imminent danger at the time his

28    complaint in this action was filed, and that he therefore does not meet the imminent danger

                                              1

exception to the three strikes provision of 28 U.S.C. § 1915(g).  (*See* Doc. No 20 at 2–3.)
Plaintiff's April 27, 2020 objections do not call into question the court's conclusion in that
regard.[1]

      Accordingly,

    1.    This case is dismissed without prejudice due to plaintiff's failure to pay the required $400.00 filing fee;

    2.    Plaintiff's pending "MOTION for Order to Show Cause for a PRELIMINARY INJUNCTION and Temporary Restraining Order" (Doc. No. 15) is denied as having been rendered moot by the issuance of this order; and

    3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 5, 2020**

UNITED STATES DISTRICT JUDGE

---

[1]  In his objections, plaintiff continues to argue that the court's use of "Jr." as part of his name is "improper" and "reflects an inaccurate designation of the Plaintiff's legal personality."  (Doc. No. 21 at 1.)  As discussed in the April 2, 2020 order, however, the court has stopped using "Jr." in plaintiff's name on the docket in this case and in the caption of any court orders.  (Doc. No. 20 at 3.)